1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7359
7      Facsimile: (415) 436-7234
       denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,         )   CR 03-08-70552 PJH
                                       )
15 |         Plaintiff,                 )  STIPULATION AND [PROPOSED] ORDER
                                       )   CONTINUING THE ARRAIGNMENT /
16 |    v.                             )   PRELIMINARY HEARING DATE
                                       )
17 | DAPHENE VICKERS,                  )
                                       )
18 |         Defendant.                 )
                                       )
19 |_____)

20       This matter is set for a Preliminary Hearing / Arraignment on December 11, 2008 at 9:30

21 am.  The parties now seek to continue this date until March 16, 2009 am.  The parties seek this

22 continuance to continue pre-indictment resolution discussion and to afford defense counsel time

23 to review voluminous discovery, including discovery that contains child pornography and

24 therefore must remain in the custody of the United States  pursuant to 18 U.S.C. § 3509(m).

25 Further, defense counsel does not believe it is in her client's best interests for the Court to hold a

26 Preliminary Hearing within the time provided for  under Federal Rule of Criminal Procedure

27 5.1(c) and therefore waives time under that time.  The parties represent that granting the

28

STIPULATION AND [PROPOSED] ORDER CONTINUING THE ARRAIGNMENT / PRELIMINARY
HEARING DATE - CR 03-08-70552 PJH
                                    1

continuance was necessary for effective preparation of counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

DATED: December 3, 2008              /s/
                                        DENISE MARIE BARTON
                                        Assistant United States Attorney

DATED: December 3, 2008              /s/
                                        NINA WILDER
                                        Attorney for DAPHNE VICKERS

     For the foregoing reasons, this matter is continued until March 16, 2009 at 9:30 am. Pursuant to the Speedy Trial Act, Title 18 United States Code, section 3161(h)(8)(B)(iv), the ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel effective preparation, taking into account the exercise of due diligence. Accordingly, time shall be excluded from December 11, 2008 through March 16, 2009.

SO ORDERED.

DATED:  12-8-08                                           
                                        Honorable Edward M. Chen
                                        United States Magistrate Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING THE ARRAIGNMENT / PRELIMINARY HEARING DATE - CR 03-08-70552 PJH
2