1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7359
7      Facsimile: (415) 436-7234
       denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                       SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,   ) CR 03-08-70552 JCS
                                 )
15 |     Plaintiff,               ) STIPULATION AND [PROPOSED] ORDER
                                 ) CONTINUING THE ARRAIGNMENT /
16 |     v.                       ) PRELIMINARY HEARING DATE
                                 )
17 | DAPHENE VICKERS,             )
                                 )
18 |     Defendant.               )
                                 )
19 |_____)

20     This matter is set for a Preliminary Hearing / Arraignment on March 16, 2009 at 9:30 am.
21 The parties now seek to continue this date until May 7, 2009 am for the following reasons.  First,
22 the parties have met twice to discuss pre-indictment resolution and are diligently exploring the
23 discussed possibilities.  As part of these discussions, defense counsel needs to engage in some
24 additional legal research to address the legal implications of certain resolutions.  Second, since
25 her release, the defendant has been living with her custodian and mother, Frankie Stanley, in
26 Tyler, Texas.  Ms. Stanley, requests that the continued hearing be scheduled for May 2009 to
27 avoid her taking off additional time in April 2009 from her job, which will be to her financial
28
   UNITED STATES V. VICKERS,
   03-08-70552 JCS,
   STIPULATION AND [PROPOSED] ORDER
                                              1

detriment. The United States does not object to the custodian's request. Further, defense counsel does not believe it is in her client's best interests for the Court to hold a Preliminary Hearing within the time provided for under Federal Rule of Criminal Procedure 5.1(c) and therefore waives time under that Rule. The parties represent that granting the continuance was necessary for effective preparation of counsel, taking into account the exercise of due diligence, and that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

                    JOSEPH P. RUSSONIELLO
                    United States Attorney

DATED: March 10, 2009              /s/
                    DENISE MARIE BARTON
                    Assistant United States Attorney

DATED: March 10, 2009              /s/
                    NINA WILDER
                    Attorney for DAPHNE VICKERS

For the foregoing reasons, this matter is continued until May 7, 2009 at 9:30 am. Pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv), the ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel effective preparation, taking into account the exercise of due diligence, and the request of the defendant's custodian. Accordingly, time shall be excluded from March 16, 2009 through May 7, 2009.

SO ORDERED.

DATED: 3/12/09

                    Honorable Edward M. Chen
                    United States Magistrate Court Judge

UNITED STATES V. VICKERS,
03-08-70552 JCS,
STIPULATION AND [PROPOSED] ORDER

2